```
 1  BRENDAN V. SULLIVAN, JR.
    JOHN G. KESTER
 2  GILBERT O. GREENMAN
    WILLIAMS & CONNOLLY LLP
 3  725 Twelfth Street, N.W.
    Washington, D.C. 20005
 4  Tel.: (202) 434-5000
    Fax:  (202) 434-5029
 5  jkester@wc.com
    ggreenman@wc.com
 6
    Attorneys for Sprint Nextel Corp.,
 7  Sprint Communications Co. L.P.,
    Sprint Spectrum L.P. and
 8  Nextel West Corp.
```

IN THE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

-- San Francisco Division --

| | |
|---|---|
| In re: | MDL Dkt. No. 06-1791-VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | STIPULATION AND [~~PROPOSED~~] ORDER TO STAY CASES AGAINST SPRINT |
| This document relates to: | [Civil L.R. 6-2, 7-1(a)(5), 7-12] |
| Nos. C-06-6222-VRW;<br>C-06-6224-VRW;<br>C-06-6254-VRW;<br>C-06-6295-VRW;<br>C-07-0464-VRW | Courtroom: 6, 17th Floor<br>Judge: Hon. Vaughn R. Walker |

STIPULATION

In furtherance of judicial economy and to avoid potentially unnecessary expense, the undersigned counsel for and on behalf of the entities named below wish to stay all proceedings against the Sprint entities pending determination of appellate review in Hepting v. AT&T Corp., No. C-06-672-VRW, currently pending on appeal to the United States Court of Appeals for the Ninth Circuit.

Interim class counsel for the Sprint Subscriber Class plaintiffs and counsel for the Sprint defendants[*] hereby stipulate as follows:

1. All proceedings against the Sprint defendants shall be stayed until the United States Court of Appeals for the Ninth Circuit issues its ruling on review of the July 20, 2006, order of this Court in Hepting v. AT&T Corp., No. C-06-672-VRW.

2. This stay shall encompass any proceedings pending herein against the Sprint defendants, or transferred by the Judicial Panel on Multidistrict Litigation to this Court and consolidated with this MDL, No. 06-1791-VRW, subsequent to the entry of this Stipulation. The following cases filed against the Sprint defendants have been transferred to this Court:

   C-06-6222-VRW;
   C-06-6224-VRW;
   C-06-6254-VRW;
   C-06-6295-VRW;
   C-07-0464-VRW.

---

[*]  The Sprint defendants are Sprint Nextel Corp., Sprint Communications Co. L.P., Sprint Spectrum L.P. and Nextel West Corp. and as used herein include any entities related to them.

3. This stay shall not apply to any MDL proceedings against entities other than the Sprint defendants.

4. This stay shall not otherwise alter the substantive and other procedural rights of the Sprint defendants or of the subscribers who have filed complaints against the Sprint defendants.

5. The Sprint defendants are not required to file any response to any complaint against them until sixty (60) days after the expiration of this stay.

```
                                    GARY E. MASON
                                    NICHOLAS A. MIGLIACCIO

                                      THE MASON LAW FIRM, PC
                                      1225 19th Street, N.W., Ste. 500
                                      Washington, D.C. 20036
                                      Tel.: (202) 429-2290
                                      Fax:  (202) 429-2294

                                    By   /s/ Gary E. Mason per G.O. 45

                                    JOHN C. WHITFIELD

                                      WHITFIELD & COX, PSC
                                      29 East Center Street
                                      Madisonville, KY 42431
                                      Tel.: (270) 821-0656
                                      Fax:  (270) 825-1163

                                    By    /s/ John C. Whitfield per G.O. 45

                                    Interim Class Counsel for Sprint
                                      Subscriber Class

                                    BRENDAN V. SULLIVAN, JR.
                                    JOHN G. KESTER
                                    GILBERT O. GREENMAN

                                      WILLIAMS & CONNOLLY LLP
                                      725 Twelfth Street, N.W.
                                      Washington, D.C. 20005
                                      Tel.: (202) 434-5000
                                      Fax:  (202) 434-5029

                                    By    /s/ John G. Kester

                                    Attorneys for Sprint Nextel Corp.,
                                      Sprint Communications Co. L.P,
                                      Sprint Spectrum L.P. and Nextel
                                      West Corp.
```

- 3 -
Stipulation To Stay Cases Against Sprint
MDL Dkt. No. 06-1791-VRW

February 7, 2007

DECLARATION PURSUANT TO GENERAL ORDER 45

    I declare that I have received authorization to file this document from each of the signatories listed above.

    I declare under penalty of perjury that the foregoing declaration is true and correct.

    Executed February 7, 2007, at Washington, D.C.

                /s/ *John G. Kester*

[~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.



_____
Vaughn R Walker
United States District Chief Judge

Date: February 14, 2007

- 5 -
Stipulation To Stay Cases Against Sprint
MDL Dkt. No. 06-1791-VRW